# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3006
_____

JOHN MICHAEL FITZGERALD,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


March 29, 2019


PER CURIAM.

The petition for writ of certiorari is denied on the merits.

B.L. THOMAS, C.J., and RAY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John Michael Fitzgerald, pro se, Petitioner.

Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.